

# Fourth Court of Appeals
## San Antonio, Texas

October 9, 2014

No. 04-14-00629-CV

**BEXAR COUNTY**,
Appellant

v.

Leticia **VOTION**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-02670
Honorable David A. Canales, Judge Presiding

# O R D E R

The Appellant's First Motion for Extension of Time to File Brief is GRANTED.  The appellant's brief is due on October 29, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of October, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court